**01–831.  Loggins v. Ohio Bur. of Emp. Serv.**

Scioto App. No. 00CA2716. Reported at 92 Ohio St.3d 1442, 751 N.E.2d 481. On motion for reconsideration. Motion denied.

**01–845.  Dienstberger v. Wooden Shoe Inn, Inc.**

Auglaize App. No. 2–2000–30. Reported at 92 Ohio St.3d 1449, 751 N.E.2d 486. On motion for reconsideration. Motion denied.

**01–859.  State v. Huntsman.**

Stark App. Nos. 00CA00186 and 00CA00208. Reported at 92 Ohio St.3d 1443, 751 N.E.2d 482. On motion for reconsideration. Motion denied.

**01–869.  Koukios v. Ganson.**

Hamilton App. No. C–000542. Reported at 92 Ohio St.3d 1443, 751 N.E.2d 482. On motion for reconsideration. Motion denied.

**01–899.  Herrendeen v. Daimler Chrysler Corp.**

Lucas App. No. L–00–1268. Reported at 92 Ohio St.3d 1450, 751 N.E.2d 486. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

RESNICK, J., not participating.

**01–918.  Heffern v. Univ. of Cincinnati Hosp.**

Franklin App. Nos. 00AP–1060, 00AP–1061 and 00AP–1063. Reported at 92 Ohio St.3d 1444, 751 N.E.2d 482. On motion for reconsideration. Motion denied.

DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.

**01–922.  Khoury v. Charter One Bank.**

Lucas App. No. L–00–1192. Reported at 92 Ohio St.3d 1444, 751 N.E.2d 483. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**01–997.  State v. Ponds.**

Richland App. No. 99CA8. Reported at 92 Ohio St.3d 1445, 751 N.E.2d 483. On motion for reconsideration. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–1056.  In re Milgrim.**

Cuyahoga App. No. 79330. Reported at 92 Ohio St.3d 1446, 751 N.E.2d 483. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**01–1070.  State v. Potts.**

Richland App. No. 00CA12. Reported at 92 Ohio St.3d 1446, 751 N.E.2d 483. On motion for reconsideration. Motion denied.

**01–1149.  State ex rel. Commt. for the Referendum of Ordinance No. 3621–00 v. White.**

In Mandamus. Reported at 93 Ohio St.3d 1406, 753 N.E.2d 863. On motion for reconsideration by clarification and issuance of the opinion and on motion to strike motion for reconsideration. Motions denied.

PFEIFER, J., concurs but would grant the motion to strike.